St.Michael Doc Balzarini
3-73150  92-231

Salinas Valley St.Prison

P.O.Box 1050

Soledad,Calif.93960-1050

In Propria Persona

**FILED**

OCT 1 6 2007

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

St.Michael Doc Balzarini,    )
                             )
        Petitioner,          )    Case No. C 07-2800 MHP (pr)
                             )
v                            )
                             )    APPLICATION FOR EXTENSION OF TIME TO
Arnold Schwarzenegger, et al,)
                             )    FILE AMENDED COMPLAINT.
        Respondent.          )
                             )    AND ORDER
                             )
_____)


I, __St.Michael Doc Balzarini,__    , declare:

I am the petitioner in the above entitled case, and a

prisoner of the State of California;

Petitioner hereby applies to the above entitled court for

an Order extending the time for __Filing Amended Complaint__

_____ . The time for said filing will currently

expire on __10 Oct 2007_____ , but it is requested that said

Extension grant petitioner until __2 Nov 2007_____ .

Petitioner submits that good cause for the Court's granting said Extension rests in that ___On Two issues; limited access to the law library, and the copier is broken down, and by the time it gets fix, and access to obtain the copies needed to be mailed to this Court, will put me past the due date of the 19th Oct,2007. This extention of time would give me the time to obtain the copies, and mail them to this Court._____

_____.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed by me on this the ___7th_____ day of __October_____, 200_7_ .

Respectfully requested,

_Balzarini_____
Salzarini

O R D E R

On reading the Application for Extension of Time, and good cause appearing therefor,

IT IS ORDERED that petitioner may have to and including ___2 November_____, 200_7__, within which to file his ___Amended Complaint_____.

DATED: _10/16/07_

_____
JUDGE

**STATE OF CALIFORNIA**
**COUNTY OF MONTEREY**

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, _____ declare under penalty of perjury that: I am
the _____ in the above entitled action; I have read the foregoing documents
and know the contents thereof and the same is true of my own knowledge, except as to matters
stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this ___8___ day of __Oct_____, 20_07_____, at Salinas Valley State
Prison, Soledad, California 93960-1050.

(Signature)_____
                         DECLARANT/PRISONER

----------------------------------------------------------------------------

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, _____, am a resident of California State Prison, in the County of
Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of
the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-
1050.

On _____, 20_____, I served the foregoing: _____
_____
_____
_____

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with
postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas
Valley State Prison, Soledad, California 93960-1050.

_____
_____
_____
_____

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular
communication by mail between the place of mailing and the place so addressed.

----------------------------------------------------------------------------

I declare under penalty of perjury that the foregoing is true and correct.

DATED: ___8 Oct___, 20_07_,          _____
                                              DECLARANT/PRISONER