St.Michael Doc Balzarini
B-73150   B2-231

Salinas Valley St.Prison

P.O.Box 1050

Soledad,Calif.93960-1050

In Propria Persona

**FILED**

OCT 1 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

St.Michael Doc Balzarini,      )
                               )
              Petitioner,      )   Case No. C 07-2800 MHP (pr)
                               )
v                              )
                               )   APPLICATION FOR EXTENSION OF TIME TO
Arnold Schwarzenegger, et al,  )
                               )   FILE AMENDED COMPLAINT.
              Respondent.      )
                               )   AND ORDER
_____)

   I, St.Michael Doc Balzarini,           , declare:

   I am the petitioner in the above entitled case, and a prisoner of the State of California;

   Petitioner hereby applies to the above entitled court for an Order extending the time for  Filing Amended Complaint
_____. The time for said filing will currently expire on  10 Oct 2007           , but it is requested that said Extension grant petitioner until   2 Nov 2007                    .

Petitioner submits that good cause for the Court's granting said Extension rests in that ___On Two issues; limited access to the law library, and the copier is broken down, and by the time it gets fix, and access to obtain the copies needed to be Mailed to this Court, will put it past the due date of the 19th Oct, 2007. This extention of time would give me the time to obtain the copies, and Mail them to this Court.___

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed by me on this the ___7th___ day of ___October___, 200___7___.

Respectfully requested,

___Balzarini___
Salzarini

## ORDER

On reading the Application for Extension of Time, and good cause appearing therefor,

IT IS ORDERED that petitioner may have to and including ___2 November___, 200___7___, within which to file his ___Amended Complaint___.

DATED: 10/16/07

_____
JUDGE

**STATE OF CALIFORNIA**
**COUNTY OF MONTEREY**

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, _____ declare under penalty of perjury that: I am the _____ in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this ___8___ day of __Oct_____, 20_07_____, at Salinas Valley State Prison, Soledad, California 93960-1050.

(Signature)_____
DECLARANT/PRISONER

---

**PROOF OF SERVICE BY MAIL**
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, _____, am a resident of California State Prison, in the County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-1050.

On _____, 20_____, I served the foregoing: _____
_____
_____

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, California 93960-1050.

_____
_____
_____
_____

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

---

I declare under penalty of perjury that the foregoing is true and correct.

DATED: __8 Oct___, 20_07__,                    _____
                                                DECLARANT/PRISONER