UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ST.MICHAEL DOC BALZARINI,

            Plaintiff,

  v.

ARNOLD SCHWARZENEGGER et al,

            Defendant.

Case Number: CV07-02800 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 16, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

St. Michael Doc Balzarini D-78150
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: October 16, 2007

                      Richard W. Wieking, Clerk
                      By: Anthony Bowser, Deputy Clerk